# EXHIBIT "B"

# TAX MASTERS' WEBSITE PRINTOUT "CAREERS"



| FREE Consultation |
|---|
| Settle Your Taxes |
| Unfiled Tax Returns |
| Installment Agreement |
| Who We Are |
| What We Do |
| Our Promise |
| Help! IRS Agent at My Home or Business |
| IRS Audit or Appeal of Audit |
| Stop Wage Garnishment |
| Recover Seized Funds |
| Remove Levy or Lien |
| Patrick Cox's Blog |
| Contact Us |
| Career Opportunities |
| ☒ Click for company profile |

TaxMasters Careers » Sales »

# TaxMasters Careers— Listening to Tax Complaints and Resolving Tax Problems

TaxMastersCareers.com is the official online career site for TaxMasters. The careers listed below represent our most common needs. TaxMasters offers a great work environment and a low turnover rate. Read on to see if you might be a fit for one of our available careers. We are located in Houston, Texas near the intersection of I-10 and Beltway 8 and are always on the lookout for talented contributors. We continue to grow and offer stability in a time of economic downturn and layoffs. A career with us just might be the thing to get you out of the mediocre humdrum you have known to this point. We are an organization that rewards the entrepreneurial spirit and uses incentives to encourage employees to excel.

Click to go to BillOReilly.com.

Click to go to DennisMillerRadio.com.

## What We Do

TaxMasters is a tax resolution (tax representation) firm of tax professionals who help people solve their IRS tax problems. Many in our ranks are former IRS agents, revenue officers, tax attorneys, tax preparers, financial anaysts, and qulaified tax consultants. We have a good track record with the IRS and offer represention to taxpayers with a variety of tax complaints who are in need of a number of services, including:

- Helping with IRS tax audits
- Filing past-due tax returns
- Removing an IRS levy or federal tax lien
- Setting up tax payment plans
- Removing wage garnishment
- Filing an offer in compromise
- Pursuing all available options to help taxpayers settle taxes

We are an organization dedicated to guiding people through the bureaucratic maze of the IRS. If you need help solving a tax problem or want to talk about

your IRS or TaxMasters complaint, visit the main TaxMasters website. Without tax representation, you stand a good chance of getting burned by the IRS. We also encourage potential employees to take a look at our service offerings online before applying. The bottom line is that we are an organization dedicated to fixing tax problems. If IRS debt is making a taxpayer feel like they've been broken down and abandoned on the side of the road, we have the tools to get them back on track so they can put their IRS problems behind them.

## Making a Tax Master

So what exactly is a Tax Master?

At TaxMasters, we stand for all the name implies. We know how to fight the IRS and win using the agency's own laws, governance, and regulations. Few have what it takes to be a true tax master and join our team. While it's difficult to guarantee a career without complaint, the team at TaxMasters provides a great working environment where you can help people solve tax problems.



If you are interested in applying for a position with us, check out the job descriptions below and then apply online using the link below.

- Tax Consultant- Inside Sales Representative
- Tax Preparer
- Case Coordinator
- Financial Analyst
- Sales Assistant
- Billing Specialist

## Apply online today!

We are actively seeking the following positions. We also have openings in Sales for tax consultants.

**Tax Preparer**

TaxMasters is on the lookout for qualified tax preparation professionals. We offer competitive compensation with a healthy, growing company. Responsibilities include:

- Prepares individual federal and state tax returns

- Enters basic biographical and financial information into Ultra tax database
- Reviews client questionnaire to ensure all questions are answered
- Applies applicable IRS procedures to taxpayer data
- Prepares corporate and partnership tax returns
- Monitors and trains team members

**Case Coordinator**

TaxMasters is looking for qualified case coordinators to serve our clients and manage client cases. We offer competitive compensation with a healthy, growing company. Responsibilities include:

- Monitors assigned client accounts and ensures the account progresses as scheduled
- Answers inbound calls and makes outbound calls daily, focusing on customer service, complaints, updates, and case progress
- Contacts assigned clients daily to update them with account status
- Educates and alerts clients of concerns and options available for dealing with the IRS
- Reviews notices and letters sent to clients from the IRS and makes appropriate recommendations
- Must have a working knowledge of customer service, basic computer skills, and basic data processing
- Must be able to collaborate with others and exercise good judgment in resolving difficult customer inquiries and complaints

**Financial Analyst**

TaxMasters is looking for qualified financial analysts to serve our clients. We offer competitive compensation with a healthy, growing company. Responsibilities include:

- Conducts IRS consultations
- Prepares IRS consultation letters
- Orders IRS transcripts as needed
- Reviews Form 433 data and supporting documents
- Completes Form 433 data entry
- Conducts 433 interviews with clients
- Answers technical questions regarding client settlement analysis
- Addresses OIC appeals, prepares appeal letters, and conducts analysis for appeals
- Possesses working knowledge of Microsoft Excel, ACT!, and Intuit QuickBooks
- Prepares preliminary financial analysis

**Sales Assistant**

The TaxMasters sales teams rely on fast, efficient support from qualified sales assistants. We offer competitive compensation with a healthy, growing company. Responsibilities include:

- Verifies client information, credit/debit card information, and bank routing number for client files
- Processes credit/debit card payments
- Maintains tracking spreadsheet, sales log, and a sales board for the team
- Covers for the receptionist during lunches and breaks
- Answers and forwards customer calls and complaints
- Faxes and mails documents to clients and prospective clients

- Receives faxes and forwards to the proper individuals
- Follows up with clients on outstanding agreements and forms as needed
- Works partial Saturdays when necessary (typical schedule is once every few weeks)
- Prints all necessary forms, keeps up with and orders supplies, and creates billing and operations folders for the team
- Uses ACT daily to look up and note important information, status, and documents received and forwarded
- Must have a working knowledge of computers and typical office software

**Billing Specialist**

TaxMasters is looking for qualified billing specialists to assist with monitoring and managing the billing process. We offer competitive compensation with a healthy, growing company. Responsibilities include

- Enters customer payments into Intuit QuickBooks
- Enters notes in ACT! regarding payment status
- Sets up clients in practice
- Sends work orders to the operations department
- Verifies addresses on returned mail, enters address and status corrections in all systems, and resends mailings if necessary
- Assists with large volume mail-outs of company correspondence
- Performs other duties as assigned

© *Tax Masters (\*This firm is not a CPA firm. This firm is not a law firm.)*