# EXHIBIT "C"

## TAX MASTERS' WEBSITE PRINTOUT "SALES JOBS IN HOUSTON"



- **FREE Consultation**
- Settle Your Taxes
- Unfiled Tax Returns
- Installment Agreement
- Who We Are
- What We Do
- Our Promise
- Help! IRS Agent at My Home or Business
- IRS Audit or Appeal of Audit
- Stop Wage Garnishment
- Recover Seized Funds
- Remove Levy or Lien
- Patrick Cox's Blog
- Contact Us
- Career Opportunities

Click for company profile

TaxMasters Careers » Sales »
Click to go to BillOReilly.com.
Click to go to DennisMillerRadio.com.

# Sales Jobs in Houston—The Best Inside Sales Gig Inside the Beltway

Are you a talented closer ready to move into the next income bracket? Sales people search years to find an **inside sales job** as sweet as this. The leads come to you qualified and ready to bite. All you have to do is what you were born to do. Take the caller through a custom solution based on Tax Masters sound and proven service offerings and convert qualified prospects to closed deals. Our services give you a strong base to build on. The rest is up to you.

## 60 Hours in a Week Never Felt So Easy!

If you are sick of working 60-hour weeks with nothing to show for it in a down economy, come spend a 60-hour week with Tax Masters and watch your income grow. We're looking for intelligent, professional closers who love to talk on the phone. We put in 50 to 60 hours a week, not because we have to, but because the way to get ahead is to be here when the phones ring. Where else do you get to help people dig out of their IRS problems while making a great living for yourself?

In this time of economic downturn, we're hearing about layoffs and RIFs (reductions in force). They can't even call a layoff a layoff anymore because everyone is doing so much of it. Well, we're going the opposite direction, adding new team members in sales and operations every day. Tax Masters can be the step in your career that puts you closer to the top than to the bottom, nearer the finish than the start. So the question is, how good are you? Are you going to go to work again tomorrow, hating what you do and knowing you'll never **make what you're worth**? Or will you apply and see if you have what it takes to **join the Tax Masters team**?

We are actively looking for successful sales people. If you have been on the top of any sales market - real estate sales, mortgage broker, IT

services, communications services, financial services, even insurance and car sales - consider contacting us. If you've outgrown your position or your vertical market is cratering, we just may be the answer.

## It's Your Call

Think about it. Even the current Secretary of the Treasury got in trouble with the IRS. This trend is nearing pandemic stages. People need help getting their IRS tax debt settled and negotiated. As long as the IRS is in business, there's a need for tax representation firms like ours and there's a need for a sales force intelligent enough to understand how to apply our set of services.

## Want to Make $75K - $100K This Year?

If you are a talented sales person looking for a great inside sales job in Houston, Texas, you need to contact us and apply today. there is nothing between you and $75K - $100K and more per year other than your drive, talent, and willingness to be at the office and close the next deal.

### Tax Consultant-Inside Sales Representative Job Specifics

Tax Masters is looking for the finest professional inside sales people to employ full time, selling tax representation services and tax debt solutions to people and businesses in trouble with the IRS who have tax debts they cannot pay. Previous tax knowledge is not required, but a firm understanding of the sales process and of selling services(as opposed to products) is a strong plus. We provide the training.

Hard work and a minimum 50 hour week are expected. A great income and great working environment is the reward.

Previous inside sales success experience and **phone sales** skills are a must. In depth understanding of effective closing techniques practiced to an art form are required.

We pay a base wage or commission, whichever is higher. Benefits and paid vacation are included.

## Apply Online Today!

Want to see more open jobs? Check out the main Tax Masters Careers page.



© Tax Masters (*This firm is not a CPA firm. This firm is not a law firm.)