UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRANDON WELLS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. H-10-2373 |
| | § | |
| TAXMASTERS, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ON MOTION TO EXPEDITE CONSIDERATION OF DEFENDANTS' MOTION TO CONSOLIDATE

Defendants Taxmasters, Inc., TMIRS Enterprises, LTD., TM GP Services LLC d/b/a Taxmasters, Patrick R. Cox and Alex Clamon have filed a motion to consolidate the above styled and numbered "first filed" case with a case pending in the court of the Honorable Lynn N. Hughes, *Jose Armando Salazar v. Taxmasters, Inc*. and Patrick Cox, Civil Action Number H-10-04883. (Doc. 41). Now pending before the court is a motion to expedite a ruling on the consolidation motion (Doc. 42). The reason for the motion to expedite consideration of the motion to consolidate is that Judge Hughes ordered an expedited answer in the *Salazar* case. The Defendants state, "Accordingly, in order to prevent TaxMasters from having to defend two intertwined FLSA lawsuits in two separate courts in the Southern District of Texas, an expedited ruling on Defendants' Motion to Consolidate is necessary." Inasmuch as TaxMasters would be required to file an answer in the *Salazar* case whether or not the cases are consolidated, it is hereby

ORDERED that Defendants' Motion to Expedite Consideration of Defendants' Motion to Consolidate is hereby DENIED.

SIGNED at Houston, Texas, this 3rd day of February, 2011.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE