UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRANDON WELLS, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:10-CV-2373 |
| § | |
| TAXMASTERS, INC., *et al*, § | |
| § | |
| Defendants. § | |

## OPINION AND ORDER

Magistrate Judge Frances Stacy previously granted attorney Scott David Newar's motion to withdraw as counsel for the Defendants. Doc. 94. The docket sheet in this case states that the four Defendants in this case, including the two corporate Defendants, TMIRS Enterprises, LTD and TM GP Services, LLC, and two individual Defendants, Patrick R. Cox and Alex Clamon, are proceeding *pro se*. In federal court a corporation cannot proceed *pro se* but must be represented by counsel. *Memon v. Allied Domecq QSR*, 385 F.3d 871, 873 and n.4 (5th Cir. 2004).

Therefore, the Court hereby

ORDERS Defendants TMIRS Enterprises, LTD and TM GP Services, LLC to obtain counsel within ten days or the Court will strike their pleadings and enter default against them.

SIGNED at Houston, Texas, this 2nd day of July, 2012.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE