UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRANDON WELLS, *et al*, § § § Plaintiffs, § VS. § CIVIL ACTION NO. 4:10-CV-2373 § TAXMASTERS, INC., *et al*, § § § Defendants. § | |

## ORDER

Defendants TMIRS Enterprises, Ltd., and TM GP Services, LLC ("the Debtors") filed for bankruptcy on March 18, 2012 (Case Nos. 12-32062-HS-7 and 12-32063-H2-7 in the United States Bankruptcy Court for the Southern District of Texas, Houston Division). Trustee Steven Smith has suggested that the case against them is automatically stayed by the operation of Title 11 U.S.C. Sec. 362. Doc. 96. Plaintiffs filed a motion to sever (Doc. 97), and the Court ordered an expedited response Doc. 98. Defendant Patrick R. Cox has filed an opposition to the motion to sever. Doc. 100. The Court has considered the motion and the response, and it is hereby

ORDERED that Plaintiffs' motion to sever the case against Defendants TMIRS Enterprises, Ltd., and TM GP Services, LLC is GRANTED. It is further

ORDERED that Plaintiffs' case against Defendants TMIRS Enterprises, Ltd., and TM GP Services, LLC is administratively closed. Plaintiffs may proceed with their claims against the remaining defendants Patrick R. Cox and Alex Clamon.

SIGNED at Houston, Texas, this 18th day of September, 2012.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE