UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRANDON WELLS, KIRK WILLIAMS, ADEWOLE ADEGBENRO, JAMES BALENTINE, ALLISON BALLARD, TAMME CRAFT, JOHN MICHAEL CRUISE, JERMAINE HILL, ELIE KING, FRANCISCO LOPEZ, CARLISLE MITCHELL, MONICA POWELL, DEAPHALIS SAMPLE, NICKI SAMPLE, RONALD SAMPLE, THELMA SAMPLE, HORACE SUTTERER, FRANCISCO VELAQUEZ, AND DARRYLE DE LA BASTIDE | § § § § § § § § § § § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 4:10-CV-2373 |
| TAXMASTERS, INC., *et al*, | § § § | |
| Defendants. | § | |

## **FINAL SUMMARY JUDGMENT**

The Court, having granted the motion for summary judgment of Defendants Patrick R. Cox and Alex Clamon, and having denied the motions for partial summary judgment of Plaintiffs Otis Durrett and David Pesquera (Doc. 60), Plaintiff Adewole Adegbenro, James Balentine, Allison Ballard, Tamme Craft, John Michael Cruise, Jermaine Hill, Elie King, Francisco Lopez, Carlisle Mitchell, Monica Powell, Deaphalis Sample, Nicki Sample, Ronald Sample, Thelma Sample, Horace Sutterer, Feliciano Velazquez, Brandon Wells, and Kirk Williams (Doc. 61) and Plaintiff Darryle de la Bastide (Doc. 62), it is hereby

ORDERED that Plaintiffs Otis Durrett, David Pesquera, Adewole Adegbenro, James Balentine, Allison Ballard, Tamme Craft, John Michael Cruise, Jermaine Hill, Elie King, Francisco Lopez, Carlisle Mitchell, Monica Powell, Deaphalis Sample, Nicki Sample, Ronald Sample, Thelma Sample, Horace Sutterer, Feliciano Velazquez, Brandon Wells, Kirk Williams

and Darryle de la Bastide take nothing of Defendants Patrick R. Cox and Alex Clamon and shall pay all costs of action. It is further

ORDERED that, the Court expressly determines there is no just reason for delay and, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, directs that FINAL JUDGMENT be entered in favor of Defendants Patrick R. Cox and Alex Clamon and that this case as against them be DISMISSED with prejudice.

THIS IS A FINAL JUDGMENT.

SIGNED at Houston, Texas, this 18th day of September, 2012.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE